United States District Court
For the Northern District of California

**E-FILED on** 09/05/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DWIGHT E. WYMAN, Plaintiff, v. VALLEY TRANSPORTATION AUTHORITY Defendant. | No. C-09-02400 RMW<br><br>ORDER DISMISSING COMPLAINT |

Plaintiff Dwight E. Wyman's complaint in this action states, in its entirety, "I was hit by the Light Rail & Injury my leg and low back lost payment on my job of $20.00 HR. My bike damage. Damage to my mental mind." Docket No. 1 (transcription of handwritten original).

The court clearly lacks subject matter jurisdiction. The case should be filed in state court. Although leave to amend is normally given with respect to an inadequate initial complaint, here any amendment would be futile. Therefore, the action is dismissed without prejudice to filing in state court.

The clerk shall close the file.

DATED: 09/05/09

RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

Dwight Wyman
1365 Platt Ave
Milpitas, CA 95035

**Dated:** 09/05/09

/s/ JAS
**Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California