**E-FILED on** 09/05/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DWIGHT E. WYMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY TRANSPORTATION AUTHORITY<br><br>　　　　Defendant. | No. C-09-02400 RMW<br><br>JUDGMENT |

　　On September 5, 2009, the court entered its order dismissing this action. Therefore,

　　IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:　　　09/05/09

_____
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-02400 RMW
JAS

1  **Notice of this document has been sent to:**

2  Dwight Wyman
   1365 Platt Ave
3  Milpitas, CA 95035

4

5

6

7  **Dated:**   09/05/09                              /s/ JAS
                                                **Chambers of Judge Whyte**